IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANNAN BEPARI,** | : | CIVIL ACTION NO. 1:05-CV-1841 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **U.S. DEPARTMENT OF HOMELAND SECURITY,** | : | |
| Respondent | : | |

### ORDER

AND NOW, this 13TH day of January, 2006, upon consideration of the petition for writ of habeas corpus (Doc. 1) filed pursuant to 28 U.S.C. § 2241, challenging petitioner's immigration-related detention, and it appearing that petitioner has been deported (see Doc. 11, Ex. A),[1] it is hereby ORDERED that:

1. The petition (Doc. 1) is DENIED as moot.

2. The Clerk of Court is directed to CLOSE this case.

CHRISTOPHER C. CONNER
United States District Judge

---

[1] The court notes that correspondence from the court addressed to petitioner has been returned as undeliverable. (See Docs. 8, 12.)